IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3070 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ERMES MORENO-MERAS, | ) | |
| | ) | |
| Defendant. | ) | |

  IT IS ORDERED that:

  (1) The government's motion to continue trial and exclude time (filing 14) is granted;

  (2) Magistrate Judge Piester is requested to reschedule this matter for trial;

  (3) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

  August 4, 2005.        BY THE COURT:

                    s/ Richard G. Kopf
                    United States District Judge