```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3070 |
| | ) | |
| v. | ) | |
| | ) | |
| ERMES MORENO-MERAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER comes before the court on defendant's unopposed motion to continue his trial currently scheduled to begin on September 19, 2005.  Filing 17.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial is set to commence at 9:00 a.m. on October 31, 2005 for a duration of three trial days before the Honorable Richard G. Kopf.  Jury selection will be at the commencement of trial.  This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial.  Accordingly, the time between September 19, 2005 and October 31, 2005 shall be excluded for speedy trial calculation purposes.  18 U.S.C. § 3161(h)(8)(a).

DATED this 22nd day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge