IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR3070 |
| ) | |
| ERMES MORENO-MERAS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's motion to continue plea hearing, filing _____, from October 12, 2005, until a date and time convenient to the Court in two to three weeks. The Court, being fully advised in the premises, and noting that the government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's plea hearing shall be continued until _Oct. 27, 2005_, ~~2005~~, at _1:15_ p.m. The defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's plea hearing. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, said continuance shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this _11th_ day of October, 2005.

BY THE COURT:

_[signature]_
The Honorable David L. Piester
United States Magistrate Judge