IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3070 |
| | ) | |
| v. | ) | |
| | ) | |
| ERMES MORENO-MERAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

The oral motion of counsel for defendant is granted and,

The change of plea hearing is continued to April 7, 2006 at 2:30 p.m.

For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

The defendant shall be present at the hearing.

Dated March 7, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge