IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:05CR3070 |
| ERMES MORENO-MERAS, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's unopposed motion to continue the deadline for filing his sentencing statement, filing 50. Being fully advised in the premises, this Court, finds that said motion should be granted.

IT IS THEREFORE ORDERED that defendant shall file his sentencing statement, including objections to the Presentence Investigation Report, and any downward departure/variance motion (with supporting brief) no later than July 13, 2006.

July 6, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge