IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3070 |
| | ) | |
| V. | ) | |
| | ) | |
| ERMES MORENO-MERAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the oral motion of the defendant, and without objection by the government,

IT IS ORDERED that Defendant Moreno-Meras' evidentiary hearing and sentencing are continued to September 1, 2006, from 1:30-3:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

July 26, 2006.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge