IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3070 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ERMES MORENO-MERAS, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and with the agreement of the parties,

IT IS ORDERED that Defendant Moreno-Meras' three-hour evidentiary hearing and sentencing are rescheduled before the undersigned United States district judge to Thursday, December 21, 2006, from 1:30-4:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

November 15, 2006.          BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge